UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARK VIRGIL SKELTON | : | CASE NUMBER G12-23852-REB |
| | : | |
| DEBTOR | : | JUDGE BRIZENDINE |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

2.

Debtor has failed to make any payments to Chapter 13 Trustee, thus indicating that this case may be infeasible in violation of 11 U.S.C. §1325(a)(6).

3.

Debtor has not filed a plan as required by 11 U.S.C. Section 1321.

4.

Debtor has not filed schedules as required by Bankruptcy Rule 1007.

5.

Debtor has failed to file a Statement of Financial Affairs, in violation of 11 U.S.C. 521(1) and Bankruptcy Rule 1007(b)(1).

6.

Debtor has failed to file Official Form 22C as required by Bankruptcy Rule 1007(b)(6).

7.

The Debtor has failed to file the sixty (60) days of pay advices pursuant to 11 U.S.C. Section 521(a)(1) and Bankruptcy Rule 1007(b)(1)(E).

8.

The Debtor has failed to provide to the Trustee a copy of the last tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan and dismiss the case.

Respectfully Submitted,

/s/_____
Eric W. Roach, Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave, NE - Suite 120
Atlanta, Georgia 30303
(678) 992-1201

/ch

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

Debtor:
Mark Virgil Skelton
5301 LJ Martin Drive
Gainesville, GA 30507

Attorney for Debtor:
Chris Carouthers & Associates
Suite 131
2250 North Druid Hills Rd.
Atlanta, GA 30329

With a copy of the foregoing Trustee's Objection by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

THIS THE 28th day of December, 2012

/s/_____
Eric W. Roach, Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave, NE
Suite 120
Atlanta, Georgia 30303
(678) 992-1201